IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BOBBY JOE JOHNSON                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:04cv768-HTW-JCS

TOBY TROWBRIDGE, et al.                                                         DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's memorandum opinion and order of this date, judgment is hereby entered for Defendants and against Plaintiff, and the complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 2nd day of December, 2005.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE